NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

IN RE MORGAN STANLEY, MORGAN STANLEY &
CO. INCORPORATED, JP MORGAN CHASE & CO.,
J.P. MORGAN SECURITIES, INC., J.P. MORGAN
CLEARING CORP., THE BANK OF NEW YORK
MELLON CORPORATION, CREDIT SUISSE
HOLDINGS (USA), INC., CREDIT SUISSE
SECURITIES (USA) LLC, THE GOLDMAN SACHS
GROUP, INC., GOLDMAN SACHS & CO.,
GOLDMAN SACHS EXECUTION & CLEARING LP,
SWS GROUP, INC., AND SOUTHWEST SECURITIES,
INC.,
*Petitioners.*

Miscellaneous Docket No. 962

On Petition for Writ of Mandamus to the United
States District Court for the Eastern District of Texas in
case no. 09-Cv-0326, Judge Leonard Davis.

**ON PETITION FOR WRIT OF MANDAMUS**

**ORDER**

Respondent, Realtime Data, LLC moves without opposition for a 12-day extension of time, until November 22, 2010, to file its response to the petition filed by Morgan Stanley et al. (Morgan Stanley). Morgan Stanley moves without opposition for a four-day extension of time, until December 3, 2010, to file their reply.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

**NOV   5 2010**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Daniel A. DeVito, Esq.
   Dirk D. Thomas, Esq.
   Clerk, United States District Court For The Eastern District Of Texas

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 0 5 2010

JAN HORBALY
CLERK